Proposed Opinion

THIS OPINION HAS NO PRECEDENTIAL 
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT 
 AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
Kenneth Bozeman, Appellant,
v.
The State of South Carolina, Respondent.
 
 
 

Appeal From Fairfield County
 Paul E. Short, Jr., Circuit Court Judge

Unpublished Opinion No. 2005-UP-035
Submitted January 1, 2005  Filed January 
 14, 2005

AFFIRMED

 
 
 
Assistant Appellate Defender 
 Eleanor Duffy Cleary, Office of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry D. McMaster, Chief Deputy Attorney General John W. McIntosh, 
 Assistant Deputy Attorney General Salley W. Elliott, Office of the Attorney 
 General, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Kenneth 
 Bozeman appeals a circuit court order denying his writ of habeas corpus, which 
 alleged the trial court lacked subject matter jurisdiction because the solicitor 
 failed to sign the indictment.  We find no error in the trial courts refusal 
 to grant Bozeman relief.  The general rule regarding the adequacy of an indictment 
 is that [a]n indictment is sufficient if the offense is stated with sufficient 
 certainty and particularity to enable the court to know what judgment to pronounce, 
 and the defendant to know what he is called upon to answer and whether he may 
 plead an acquittal or conviction thereon.  State v. Adams, 354 S.C. 
 361, 374, 580 S.E.2d 785, 791 (Ct. App. 2003). 
AFFIRMED 
 [1] 
HEARN, C.J., 
 GOOLSBY and WILLIAMS, JJ., concur. 

 
 
 [1] We decide this case without oral argument pursuant to Rule 215, SCACR.